VARIOUS CHAPTER 13 - UNCLAIMED FUNDS

**S.J. BEAULIEU, JR.**
CHAPTER 13 TRUSTEE
433 METAIRIE ROAD, SUITE 307
METAIRIE, LA 70005

SunTrust Bank
MEMPHIS, TN

64-79 / 611   0625569

July 13, 2010

PAY  Exactly Thirteen Thousand Seven Hundred Eighty Nine And 13/100 Dollars

TO THE ORDER OF
UNITED STATES BANKRUPTCY COURT
STE B-601
500 POYDRAS ST
NEW ORLEANS, LA 70130

$*****13,789.13

VOID AFTER 90 DAYS

*S.J. Beaulieu Jr.*

⑃0625569⑃ ⑆061100790⑆ 8800517495⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227389      - KW
* * C O P Y * *
July 16, 2010
12:43:47

**TREASURY REGFUND**
Debtor.: VARIOUS CH. 13S
Amount.:           $13,789.13 CH
Check#.: 0625569

Total-> $13,789.13

FROM: BEAULIEU

7/16/10:
Deposited to
6047BK
Due to Various
CH. 13's      cv.

The attached check represents payments found to be undeliverable and caused to be deposited into the registry of the court.

Registry Check #625569

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 04-17350 | LEBLANC SR, LYNWOOD<br>122 OLEANDER DR<br>PICAYUNE MS 39466 | 465.70 | (debtor) |
| 05-11625 | WARNER, NICOLLE ARMOUR<br>1115 LAURENTIDE ST<br>HOUSTON TX 77029 | 18.52 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 05-12014 | PITTS SR, JERRY LEE<br>PITTS, GLORIA LAVERN<br>PO BOX 443<br>ROSELAND LA 70456 | 24.55 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 05-12014 | PITTS SR, JERRY LEE<br>PITTS, GLORIA LAVERN<br>PO BOX 443<br>ROSELAND LA 70456 | 15.92 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 05-12738 | KEMP, DENISE<br>PO BOX 550<br>KENTWOOD LA 70444 | 32.15 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 05-14931 | CLARK, VANESSA J<br>1817 BARONNE ST<br>NEW ORLEANS LA 70113 | 28.64 | WILLIAM A PIGG<br>STE 550<br>14785 PRESTON RD<br>DALLAS TX 75254 |
| 05-15109 | MALONE, MARC A<br>MALONE, ELIZABETH C<br>303 6TH AVE<br>SLIDELL LA 70460 | 64.94 | BELLSOUTH<br>% RISCUITY INC<br>PO BOX 4320<br>ALPHARETTA GA 30023 |
| 05-17053 | DILLON, DERICK D<br>DILLON, PAMELA I<br>5068 RENNES DR<br>MARRERO LA 70072 | 0.01 | HARRY LEE, SHERIFF & TAX COLL<br>PARISH OF JEFFERSON STE 1200<br>200 DERBIGNY ST<br>GRETNA LA 70053 |
| 05-18276 | MABILE, RICHARD SIMON<br>MABILE, SARA T<br>506 MANCHESTER MANOR<br>THIBODAUX LA 70301 | 1,850.81 | CITIMORTGAGE INC<br>100 TECHNOLOGY DR<br>FALLEN MO 63304 |
| 05-18478 | JONES, CHARLES E<br>2101 VAN ARPEL<br>LAPLACE LA 70068 | 26.73 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 05-18655 | LAMBERT, STEVEN D<br>LAMBERT, STACY LYNN CHAMPAGNE<br>8585 HIGHWAY 39<br>BRAITHWAITE LA 70040 | 17.32 | OCONNOR FINANCIAL INC<br>3829 NORTH BLVD<br>BATON ROUGE LA 70806 |

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 05-19905 | DOYLE, EDWARD LOUIS<br>DOYLE, CHRISTINE MARIE<br>113 W LAKEVIEW DRIVE<br>LAPLACE LA 70068 | 214.56 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 06-10782 | NICHOLAS JR, HARRY JOSEPH<br>224 ROBERTSON RD<br>INDEPENDENCE LA 70443 | 256.19 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 06-10919 | COLLINS, GAIL THERESA<br>129 BISHOP DR<br>WESTWEGO LA 70094 | 0.25 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 06-10961 | CAVANAGH, KARA B<br>#455<br>3090 GAUSE BLVD<br>SLIDELL LA 70461 | 1,132.06 | (debtor) |
| 07-10068 | TAYLOR, ALBERT MARCUS<br>TAYLOR, CAROLE HUTCHINSON<br>47348 DURBIN RD<br>TICKFAW LA 70466 | 50.61 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 07-10068 | TAYLOR, ALBERT MARCUS<br>TAYLOR, CAROLE HUTCHINSON<br>47348 DURBIN RD<br>TICKFAW LA 70466 | 19.16 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 07-10229 | MABILE, CLEMENT JOSEPH<br>MABILE, GAIL MARY<br>116 ALISHA DR<br>GRAY LA 70359 | 79.68 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 07-10471 | DIMAK, ANTHONY<br>338 FAIRFIELD AVE<br>GRETNA LA 70056 | 21.87 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 07-10678 | LADNER, TIFFANY<br>23354 BURVANT ST<br>ABITA SPRINGS LA 70420 | 19.44 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 07-10678 | LADNER, TIFFANY<br>23354 BURVANT ST<br>ABITA SPRINGS LA 70420 | 38.45 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 07-10842 | KIMBLE, LESLIE<br>KIMBLE, THERESA<br>APT B<br>928 AVENUE B<br>WESTWEGO LA 70094 | 22.93 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 07-11006 | CHATAGNIER, MYRON PETER<br>CHATAGNIER, CHARLENE FALCON<br>311 MELODY DR<br>HOUMA LA 70363 | 28.82 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 07-11006 | CHATAGNIER, MYRON PETER<br>CHATAGNIER, CHARLENE FALCON<br>311 MELODY DR<br>HOUMA LA 70363 | 40.64 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 07-11072 | PLAISANCE, CATHERINE<br>1310 AVENUE A<br>MARRERO LA 70072 | 50.68 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 07-11072 | PLAISANCE, CATHERINE<br>1310 AVENUE A<br>MARRERO LA 70072 | 18.06 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 07-11308 | LOUNNAS, MOURAD<br>216 AVANT GARDE CIRCLE<br>KENNER LA 70065 | 3,313.23 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 07-11308 | LOUNNAS, MOURAD<br>216 AVANT GARDE CIRCLE<br>KENNER LA 70065 | 453.89 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 07-11608 | THIESSEN, TODD ALAN<br>THIESSEN, PATRICIA EILEEN<br>35524 MOCKINGBIRD LOOP<br>PEARL RIVER LA 70452 | 65.03 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 07-11978 | BARLOW, WARREN K<br>BARLOW, LISA G<br>222 LAUREL CT<br>LULING LA 70070 | 42.89 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 07-12448 | HAMM, BARBARA<br>4810 LENNOX BLVD<br>NEW ORLEANS LA 70131 | 1,250.37 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 08-10339 | FRUCHTNICHT, BERNADETTE<br>1318 SEVERN AVE<br>METAIRIE LA 70001 | 35.89 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 08-10615 | COOLEY, KENNETH W<br>COOLEY, SHARON PUJOL<br>728 LEMOYNE DR<br>LAPLACE LA 70068 | 0.15 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 08-10764 | BEAR, CANDY<br>728 REDWOOD ST<br>WESTLAND MI 48186 | 16.45 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 08-11512 | HEBERT JR, KENNETH<br>4716 REBECCA BLVD<br>KENNER LA 70065 | 22.42 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 08-11753 | AMADOR, SHADY GUILLOTE<br>3872 W LOYOLA DR<br>KENNER LA 70065 | 168.73 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 09-10936 | MOYNIHAN JR, WILLIAM FRANCIS<br>MOYNIHAN, BONNIE JEAN<br>PO BOX 1662<br>MANDEVILLE LA 70470 | 1.28 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 09-10936 | MOYNIHAN JR, WILLIAM FRANCIS<br>MOYNIHAN, BONNIE JEAN<br>PO BOX 1662<br>MANDEVILLE LA 70470 | 1.38 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 09-10936 | MOYNIHAN JR, WILLIAM FRANCIS<br>MOYNIHAN, BONNIE JEAN<br>PO BOX 1662<br>MANDEVILLE LA 70470 | 4.66 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 09-10936 | MOYNIHAN JR, WILLIAM FRANCIS<br>MOYNIHAN, BONNIE JEAN<br>PO BOX 1662<br>MANDEVILLE LA 70470 | 23.37 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 09-11137 | BROWN, COREY<br>BROWN, PATRICIA<br>APARTMENT B<br>4230 LAC DU BAY DR<br>HARVEY LA 70058 | 354.12 | (debtor) |
| 09-11470 | SAWYER, ORVIL EDWARD<br>SAWYER, LORETTA B<br>9409 RIVER RD<br>WAGGAMAN LA 70094 | 85.58 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 09-11470 | SAWYER, ORVIL EDWARD<br>SAWYER, LORETTA B<br>9409 RIVER RD<br>WAGGAMAN LA 70094 | 80.21 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 09-11470 | SAWYER, ORVIL EDWARD<br>SAWYER, LORETTA B<br>9409 RIVER RD<br>WAGGAMAN LA 70094 | 100.16 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 09-11470 | SAWYER, ORVIL EDWARD<br>SAWYER, LORETTA B<br>9409 RIVER RD<br>WAGGAMAN LA 70094 | 51.07 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 09-11470 | SAWYER, ORVIL EDWARD<br>SAWYER, LORETTA B<br>9409 RIVER RD<br>WAGGAMAN LA 70094 | 53.27 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 09-11756 | PARKER, BYRON J<br>PARKER, KIZZY JACKSON<br>PO BOX 343<br>PLATTENVILLE LA 70391 | 2,400.00 | (debtor) |

Registry Check #625569

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 09-11856 | MARANT, DAVID E<br>MARANT, CLARISA D<br>415 CHAMPION ST<br>GRAY LA 70359 | 0.18 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 09-11856 | MARANT, DAVID E<br>MARANT, CLARISA D<br>415 CHAMPION ST<br>GRAY LA 70359 | 0.11 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 09-13650 | KUYKENDALL, ELVINA W<br>921 LOUISA ST<br>NEW ORLEANS LA 70117 | 726.00 | (debtor) |

$13,789.13